**Electronically Filed
Supreme Court
SCWC-12-0000402
21-FEB-2017
09:41 AM**

SCWC-12-0000402

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CIRILO POGOSO,
Respondent/Plaintiff-Appellant,

vs.

JEFF SARAE and CITY & COUNTY OF HONOLULU,
Petitioners/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000402; CIVIL NO. 11-1-1172-06)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

Upon consideration of Petitioners/Defendants-Appellee's January 27, 2017 motion to withdraw their January 17, 2017 application for writ of certiorari and the record,

IT IS HEREBY ORDERED that the motion is granted and the January 17, 2017 application for writ of certiorari is dismissed.

DATED: Honolulu, Hawaiʻi, February 21, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

